## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAREN BACHARACH,** | * | **CIVIL ACTION NO.  2014-962** |
| | * | |
| | * | **SECTION** |
| **Plaintiff,** | * | |
| | * | **JUDGE:** |
| **VERSUS** | * | |
| | * | **MAGISTRATE DIV.** |
| **SUNTRUST MORTGAGE, INC.,** | * | |
| | * | **MAG. JUDGE:** |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant SunTrust Mortgage, Inc. ("SunTrust") submits this Notice of Removal of this case to the United States District Court for the Eastern District of Louisiana, and states as follows:

1.      This Court's subject matter jurisdiction is based upon federal question jurisdiction under 28 U.S.C. § 1331.  Removal of this case to this Court is authorized by 28 U.S.C. §§ 1441 and 1446.

2.      On or around March 31, 2014, Plaintiff Karen Bacharach ("Plaintiff") commenced a proceeding against SunTrust in the Civil District Court for the Parish of Orleans, State of Louisiana, captioned *Karen Bacharach v. SunTrust Mortgage, Inc.*, No. 2014-3247, Division N (the "State Court Proceeding").  The Summons and Petition were served on SunTrust on April 9, 2014.  A copy of the original Petition and all other process, pleadings, and orders in the record in the State Court Proceeding as of the date of removal are attached hereto as Exhibit A.

**A.      Federal Question Jurisdiction**.

3.      In her Petition, Plaintiff alleges claims under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA"), and the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").  *See* Petition ¶ 4.

4.      "[A] civil action filed in a state court may be removed to federal court if the claim is one 'arising under' federal law." *Beneficial Nat'l. Bank v. Anderson*, 539 U.S. 1, 6 (2003). In light of Plaintiff's allegations that SunTrust violated federal statutes, including the FCRA and the FDCPA, Plaintiff's claims arise under federal law, and this Court has original jurisdiction over this case.

5.      This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over any State law claims asserted by Plaintiff.

**B.      Removal Procedural Requirements.**

6.      This removal is timely filed in accordance with 28 U.S.C. § 1446, as it is being filed within 30 days of service on April 9, 2014.

7.      By filing this Notice of Removal, SunTrust does waive its rights to object to service of process, sufficiency of process, jurisdiction over the subject matter, jurisdiction over the person, venue, or to assert any other applicable defenses.

8.      A copy of this Notice of Removal will be forwarded to all parties and counsel of record, and will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, as required by 28 U.S.C. § 1446(d).

9.      Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the Civil District Court for the Parish of Orleans, Louisiana, the forum in which the removed action was pending.

WHEREFORE, Defendant SunTrust prays that this Court assume full jurisdiction over this proceeding as provided for by law.

Respectfully submitted, this 29th day of April, 2014.

/s/ Stephen W. Rider
Stephen W. Rider, T.A. (#02071)
Mark R. Deethardt (#34511)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone: 504-586-1200
Facsimile: 504-910-9566
ATTORNEYS FOR DEFENDANT
SUNTRUST MORTGAGE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following opposing *pro se* party by U.S. Mail, this 29th day of April, 2014:

Karen Bacharach
1415 Prytania Street
New Orleans, LA  70130

/s/ Stephen W. Rider
STEPHEN W. RIDER