CIVIL DISTRICT COURT
PARISH OF ORLEANS, LOUISIANA

KAREN BACHARACH,
Plaintiff,
v.

SUNTRUST MORTGAGE, INC.
Defendant,

Civil Action No. 14 - 3247  N-8
COMPLAINT

JURISDICTION

Civil District Court
Parish of Orleans, Louisiana

Plaintiff Karen Bacharach alleges as follows:

The Parties

1. At all times herein after mentioned, plaintiff is and was a resident of Orleans parish, New Orleans, Louisiana.

2. Defendant, Suntrust Mortgage Inc, is a corporation incorporated under the laws of Virginia and having a main office at 901 Semmes Avenue, Richmond, VA 23224.

3. Defendant, Suntrust Mortgage Inc;, is registered with the Louisiana Secretary of State as a Foreign Corporation doing business in Louisiana and has designated a registered agent: Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802-6129.

Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. 1692-1692p, the "Fair Debt Collection Practices Act," and other pertinent laws.

EXHIBIT "A"

Defendant's Violations

5. The Defendant repeatedly reported derogatory information about Plaintiff regarding both of her mortgages with Defendant to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. 1681a over the course of more than a year, commencing with the reporting in April 2012 payment on one loan, and reporting about the August 2012 payment on the other loan and continuing through June, 2013.

6. Plaintiff repeatedly disputed the accuracy of the derogatory information reported by the Defendant to the Consumer Reporting Agencies, to Defendant, to the Consumer Protection Bureau of the Federal Reserve, and other relevant institutions and agencies numerous times (see attached). Plaintiff spent literally hundreds of hours over the course of over 18 months attempting to get Defendant to correct its mistakes and derogatory information.

7. Over the course of more than a year, Defendant refused to correct multiple instances of derogatory reporting against either or both Plaintiff's loans with Defendant. On various occasions, Defendant had acknowledged prior to said derogatory information occurring, that it would make sure no derogatory reporting against Plaintiff would occur. On other occasions Defendant admitted such reporting had been done in error and that Defendant would take steps to correct same. On yet other occasions, Defendant claimed that these issues had not been done in error and refused to correct them. On yet other occasions, Defendant did correct certain inaccuracies, but later reversed the corrections and refused to correct these errors again. On numerous and multiple occasions, Defendant sent Plaintiff contradictory and conflicting, inaccurate and incomplete correspondence as to whether Defendant had erred in its derogatory reporting against Plaintiff and whether it would correct said information and which months it would correct, and/or failed altogether to address Plaintiff's numerous and repeated phone calls and written requests to correct such derogatory reporting (see attached).

8. Plaintiff was denied credit on multiple and various occasions directly and indirectly as a result of Defendant's derogatory information against Plaintiff during this period and was adversely impacted both financially and emotionally. Plaintiff is a small business owner and was unable to obtain financing for emergency repairs and improvements to her business, causing financial injury to her business and to herself, In addition, Plaintiff was unable to secure loans on her residence and other real estate, and was unable to secure lower interest financing on existing loans, which resulted in higher carrying costs to Plaintiff and a detrimental impact to her financial situation and livelihood. In addition, over the course of this period, Plaintiff suffered continual and severe emotional stress, anguish, depression, anxiety, lack of sleep and other health issues due to Defendant's actions.

 

9. Defendant finally agreed to correct all derogatory information in May 2013, although derogatory information continued for another month and Plaintiff was forced to repeatedly request Defendant to ensure all information was corrected.

Prayer for Relief

10. WHEREFORE,

Plaintiff prays that a jury trial be held in this matter and that the court rules against Defendant for all general, special, and actual damages, including but not limited to attorney's fees and court costs along with any and all equitable and any other damages as allowed.

Plaintiff also seeks a permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (credit bureaus) and any further relief which the court may deem appropriate.

DATED: March 31, 2014

_____

Karen Bacharach
Plaintiff, Pro Se
1415 Prytania Street
New Orleans, LA 70130
504 352 5027

23.06

ATTORNEY'S NAME: In Proper Person,   90001
AND ADDRESS:

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2014 -- 03247           DIVISION: N           SECTION: 8

BACHARACH, KAREN VERSUS SUNTRUST MORTGAGE, INC.

## CITATION

TO: SUNTRUST MORTGAGE INC.
THROUGH: REGISTERED AGENT: CORPORATION SERVICE COMPANY
320 SOMERULOS ST.

BATON ROUGE           LA   70802-6129

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR BREACH OF CONTRACT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA_____ April 1, 2014_____.

Clerk's Office, Room 402, Civil Courts         DALE N. ATKINS, Clerk of
421 Loyola Avenue                              The Civil District Court
New Orleans, LA                                for the Parish of Orleans
                                               State of LA
                                               by _____
                                                            Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR BREACH OF CONTRACT | FOR BREACH OF CONTRACT |
| On  SUNTRUST MORTGAGE INC. | On  SUNTRUST MORTGAGE INC. |
| THROUGH: REGISTERED AGENT: CORPORATION SERVICE COMPANY | THROUGH: REGISTERED AGENT: CORPORATION SERVICE COMPANY |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating   HIM / HER the said _____ SUNTRUST MORTGAGE INC. |
| Returned same day  No. _____ |  |
| Deputy Sheriff of _____ |  |
| Mileage: $_____ |  |
| _____/ ENTERED /_____ | being absent from the domicile at time of said service. |
| PAPER     01     RETURN | Returned same day |
|    /    01    /                  | No. _____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

Jade Scott
Deputy Clerk

RECEIVED
APR 08 2014
E.B.R. SHERIFF'S OFFICE

 

FILED

2014 APR 23 P 12: 40

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2014-03247     SECTION 8     DIVISION "N"

KAREN BACHARACH

VERSUS

SUNTRUST MORTGAGE, INC.

FILED:_____     _____
                                                                 DEPUTY CLERK

### FIRST MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes the Defendant SunTrust Mortgage, Inc., and, without waiving any objections to service of process, citation, or to jurisdiction, and reserving all other rights, exceptions, and objections, moves the Court for an extension of time of thirty (30) days, through and including May 27, 2014, within which to file responsive pleadings to the Petition filed by Plaintiff Karen Bacharach in the captioned case, for the reasons that the Defendant has only recently been served with the Petition, and requires additional time to investigate Plaintiff's allegations.

Respectfully submitted, this 23rd day of April, 2014.

_____
Stephen W. Rider, T.A. (#02071)
Mark R. Deethardt (#34511)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: 504-586-1200
Facsimile: 504-910-9566
ATTORNEYS FOR DEFENDANT
SUNTRUST MORTGAGE, INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties and counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, on April 23, 2014.

_____
STEPHEN W. RIDER

1199181.1



FILED

2014 APR 23 P 12:40

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2014-03247   SECTION 8   DIVISION "N"

KAREN BACHARACH

VERSUS

SUNTRUST MORTGAGE, INC.

FILED:_____   _____
                                  DEPUTY CLERK

## ORDER

Considering the foregoing First Motion for Extension of Time filed by the Defendant SunTrust Mortgage, Inc.;

**IT IS ORDERED** that Defendant SunTrust Mortgage, Inc. is hereby granted an additional thirty (30) days within which to file responsive pleadings to the Plaintiff's Petition, through and including May 27, 2014.

New Orleans, Louisiana, this 23rd day of April, 2014.

_____
JUDGE, CIVIL DISTRICT COURT

ENTERED ON MINUTES
APR 25 2014

FILED

2014 APR 23 P 12:40
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2014-03247   SECTION 8   DIVISION "N"

KAREN BACHARACH

VERSUS

SUNTRUST MORTGAGE, INC.

FILED:_____   _____
                                   DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes SunTrust Mortgage, Inc., and requests notice of all filings of pleadings, judgments, orders, and fixing of trial dates pursuant to Articles 1913, 1914, and 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted, this 23rd day of April, 2014.

_____
Stephen W. Rider, T.A. (#02071)
Mark R. Deethardt (#34511)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: 504-586-1200
Facsimile: 504-910-9566
ATTORNEYS FOR DEFENDANT
SUNTRUST MORTGAGE, INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all parties and counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, on April 23, 2014.

_____
STEPHEN W. RIDER

1199180.1

