UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN BACHARACH                                    CIVIL ACTION

VERSUS                                             NO. 14-962

SUNTRUST MORTGAGE INC.                             SECTION: L (4)

J U D G M E N T

Considering the Court's Order & Reasons entered herein on October 23, 2015, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, SunTrust Mortgage Inc., and against plaintiff, Karen Bacharach, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this   23rd   day of October, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE