UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN BACHARACH<br>PLAINTIFF | CIVIL ACTION NO. 2014-962(L)(4) |
| VERSUS | JUDGE: ELDON E. FALLON |
| SUNTRUST MORTGAGE<br>DEFENDANT | MAGISTRATE: KAREN WELLS ROBY |

**NOTICE OF APPEAL**

Please take notice that plaintiff, Karen Bacharach, appearing through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons and Judgment of October 23, 2015 granting summary judgment to SunTrust Mortgage, dismissing all of her claims, and from any adverse interlocutory decision rendered in this matter.

/s/P. Michael Breeden
P. Michael Breeden, LSBA #29541
830 Union Street, Suite 300
New Orleans, LA 70112
504/524-1668  FAX:504/524-1066
Email: mike@breeden-lawfirm.com

AND

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
P.O. Box 4297
Houma, Louisiana 70361
Telephone: 985-580-0350
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for Karen Bacharach

# CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on November 14, 2015.

/s/Louis R. Koerner, Jr.
Louis R. Koerner, Jr.